IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  07-cv-00667-RPM-MJW

SYNERGETICS, INC.,

Plaintiff,

v.

CHARLES RICHARD HURST, JR., et al.,

Defendants.

---

## MINUTE ORDER

It is hereby ORDERED that Plaintiff Synergetics, Inc.'s Motion to Compel (docket no. 3) is MOOT based upon this court's minute order (docket no. 26) and therefore DENIED WITHOUT PREJUDICE.

It is FURTHER ORDERED that Attorneys James F. Bennett and Megan S. Heinsz Motion to Withdraw as Counsel (docket no. 20) is GRANTED.  Mr. Bennett and Ms. Heinsz are withdrawn as counsel of record for Defendants Charles Hurst, Jr. and Michael McGowan.

Date:  May 7, 2007